JOHN B. STETSON COMPANY, Respondent, v. WILEY HAT Co., INC., and Another, Defendants, Impleaded with RALPH J. LEVEY and MORRIS LEVY, Appellants.—

* Revd., 264 N. Y. 335.

Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.